IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TIMOTHY CAREY, MARTHA CHAMBERS, SCOTT LUBER, MICHAEL REECE,<br><br>*Plaintiffs,*<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, MEAGAN WOLFE, in her official capacity as Administrator of WEC<br><br>*Defendants.* | No. 3:22-cv-00402<br><br>Judge Peterson |

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND EMERGENCY DECLARATORY RELIEF

1. IT IS DECLARED, for purposes of preliminary relief, that Wisconsin Stat. § 7.15(14) and the Voting Rights Act, construed together, require that voters who, by reason of disability, require third-party assistance with returning their absentee ballots to a municipal clerk through the mail or in person ("ballot return assistance") must be permitted to receive such assistance.

2. IT IS FURTHER DECLARED that Plaintiffs are qualified Wisconsin voters with disabilities who require ballot return assistance. Plaintiffs are thus permitted, for the November 2022 general election, to use ballot return assistance to return their completed absentee ballots.

3. Defendants are DIRECTED to, within one week of the date of this Order, transmit written notice to all Wisconsin municipal clerks that state and federal law mandate that any Wisconsin voter who requires ballot return assistance by reason of disability must be permitted to receive such assistance from a person of their choice, other than the voter's employer or agent of that employer or officer or agent of the voter's union

1

Entered this ___ day of _____, 2022.

                        BY THE COURT:

                        _____
                        JAMES D. PETERSON
                              Chief United States District Judge