

Law Forward Inc.
222 West Washington Avenue, Suite 250
Madison, WI 53703-2725

August 29, 2022

**Via CM/ECF**

The Honorable C.J. James D. Peterson
United States District Court for the
 Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

Re:   *Carey et al., v. WEC et al.*, No. 22-cv-402-jdp

Dear Chief Judge Peterson,

Plaintiffs submit this letter in response to the Court's question at the Wednesday, August 24, 2022 hearing regarding whether the above-referenced case can be resolved as a matter of summary judgment. (Dkt. 36, 6:16-18, 41:21-24.)

Plaintiffs do not believe that further development of the record before the Court is necessary. Consequently, it is Plaintiffs' position that the Court may resolve this action as a matter of summary judgment under Fed. R. Civ. P. 56 on the current record, and order appropriate final, rather than simply preliminary, relief.

Nevertheless, Plaintiffs reserve all rights to pursue further factual and legal development if the Court declines to issue such final relief.

Thank you.

/s/ Scott B. Thompson

| | |
|---|---|
| Scott B. Thompson (Wis. 1098161) | Robert J. Gunther Jr. (N.Y. 1967652) |
| Elizabeth M. Pierson (Wis. 1115866) | Christopher R. Noyes (Mass. 654324) |
| LAW FORWARD INC. | Omar Khan (N.Y. 4528162) |
| 222 West Washington Avenue, Suite 250 | Julia Pilcer Lichtenstein (N.Y. 5337035) |
| Madison, WI 53703-0326 | Sara E. Hershman (N.Y. 5453840) |
| 414.241.3827 | WILMER CUTLER PICKERING |
| sthompson@lawforward.org |   HALE AND DORR LLP |
| epierson@lawforward.org | 7 World Trade Center |

LAWFORWARD.ORG



Law Forward Inc.
222 West Washington Avenue, Suite 250
Madison, WI 53703-2725

Jeffrey A. Mandell (Wis. 1100406)
Douglas M. Poland (Wis. 1055189)
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
608.256.0226
jmandell@staffordlaw.com
dpoland@staffordlaw.com

250 Greenwich Street
New York, NY 10007
(212) 230-8800
Robert.Gunther@wilmerhale.com
Christopher.Noyes@wilmerhale.com
Omar.Khan@wilmerhale.com
Julia.Lichtenstein@wilmerhale.com
Sara.Hershman@wilmerhale.com

Justin R. Metz (Mass. 705658)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Justin.Metz@wilmerhale.com

*Counsel for Plaintiffs*

LAWFORWARD.ORG